THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MARK BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants. | No. 2:24-cv-02558-DC-SCR<br><br>[~~PROPOSED~~] ORDER |

Upon consideration of the Defendants' Consent Motion for Administrative Relief, and the entire record herein, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Defendants' forthcoming motion to dismiss shall be subject to the following briefing schedule:

1. Defendants' motion to dismiss shall be filed on or before **December 3, 2024**;

2. Plaintiff's response to Defendants' motion to dismiss shall be filed on or before **December 24, 2024**; and

3. Defendants' reply in support of their motion to dismiss shall be filed on or before **January 14, 2024**.

    **IT IS SO ORDERED**.

Dated: November 22, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE